377 A.2d 195

Kurz v. St. Albans Apartments, Inc., et al., Appellants.

Argued June 10, 1975. George J. McConchie, with him Cramp, D'Iorio, McConchie & Surrick, for appellants; Jerrold V. Moss, submitted a brief for appellee.

Order affirmed.